APRIL 22, 1992

No. A–775. MCNARY, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. *v.* HAITIAN CENTERS COUNCIL, INC., ET AL. Application for stay of preliminary injunction, presented to JUSTICE THOMAS, and by him referred to the Court, granted, and it is ordered that the preliminary injunction entered on April 6, 1992, and clarified on April 15, 1992, by the United

States District Court for the Eastern District of New York, case No. 92 CV 1258, is stayed pending disposition of the appeal by the United States Court of Appeals for the Second Circuit. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the application.

JUSTICE O'CONNOR, with whom JUSTICE SOUTER joins, dissenting.

I would deny the Government's application to lift the injunction to the extent it applies to refugees who are and who remain screened in. Insofar as it prevents repatriation of those the Government determines may not remain, I would lift the injunction.